IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CURT A. KRUCKEBERG and<br>CAROLYN KRUCKEBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>CRESS BROOK VENTURES, LLC<br>and GUY M. LANG,<br><br>    Defendants. | Cause No.  21-cv-1105 |

## NOTICE OF REMOVAL

COME NOW the defendants, CRESS BROOK VENTURES, LLC, and GUY M. LANG, by and through its undersigned counsel, and pursuant to 28 U.S.C. §1332, 1441 and 1446(a) state as follows in support of their Notice of Removal:

1. On August 5, 2021, Curt A. Kruckeberg and Carolyn Kruckeberg filed their Complaint in the Third Judicial Circuit for the Circuit Court of Madison County, Illinois, captioned: *Curt A. Kruckeberg and Carolyn Kruckeberg vs. Cress Brook Ventures, LLC and Guy M. Lang,* with Case No. 2021 L 000941. ("Complaint").

2. The following attached are the only documents served upon the defendants in this case.

- Summonses directed to each defendant;
- Complaint;
- Affidavit Pursuant to Rule 222(b);
- Demand for Jury Trial;

- Entry of Appearance;

- Plaintiff's First Interrogatories to Defendant Cress Brook Ventures, LLC

- Plaintiff's First Request for Production to Defendant Cress Brook Ventures, LLC;

- Plaintiff's First Interrogatories to Defendant Guy M. Lang;

- Plaintiff's First Request for Production to Defendant Guy M. Lang;

- Plaintiff's Rule 213(f) Interrogatories to Defendant Cress Brook Ventures, LLC;

- Plaintiff's Rule 213(f) Interrogatories to Defendant Guy M. Lang;

- Plaintiff's Rule 237 Notice to Produce at the Time of Trial to Defendant Cress Brook Ventures, LLC;

- Plaintiff's Rule 237 Notice to Produce at the Time of Trial to Defendant Guy M. Lang; and

- Memorandum Filing Return of Service (with two exhibits).

3. Plaintiffs' Complaint alleges that the plaintiffs were citizens and residents of Illinois.

4. Cress Brook Ventures, LLC is a limited liability corporation formed and incorporated under the laws of the State of Wisconsin, with its principal place of business located in Menomonee Falls, Wisconsin. At the present, the LLC has two individual members, both of whom are citizens and residents of Waukesha County, Wisconsin.

5. Guy M. Lang is a citizen and resident of the State of Wisconsin.

6. The complaint claims damages as a result of injuries suffered by Curt A. Kruckeberg in a motor vehicle accident occurring on October 20, 2020 in Madison County, Illinois, resulting in claimed injuries to his head, spine, fractures of his tibia, fibula, left humerus, and left shoulder, dislocated left knee, and lacerations, among others. The Complaint further alleges that Curt A. Kruckeberg was transported from the scene of the

accident by Lifeline helicopter to the hospital. The defendants further understand that Curt A. Kruckeberg has undergone a number of surgeries, and will undergo further surgeries as a result of his injuries, and that he claims he was forced to retire from his union employment job. Accordingly, the defendants aver that the amount in controversy exceeds $75,000, exclusive of interest and costs.

7. There is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, thereby vesting subject matter jurisdiction in this Court pursuant to 28 U.S.C. §1332.

8. Venue lies in this Court pursuant to 28 U.S.C. §1441.

9. This Notice of Removal is being filed within 30 days of the defendants' knowledge of the filing of the Complaint.

10. Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal with this court, the defendants will provide written notice to plaintiffs and will file a copy of this Notice of Removal with the Third Judicial Circuit for the Circuit Court of Madison County, Illinois, and serve all parties with a copy of the filed Notice of Removal.

WHEREFORE, defendants, CRESS BROOK VENTURES, LLC and GUY M. LANG, hereby remove this matter from the Third Judicial Circuit for the Circuit Court of Madison County, Illinois to the United States District Court for the Southern District of Illinois, East St. Louis Division, as provided by law, and this action should proceed as if it had originally been commenced in this court.

Respectfully submitted,

LEAHY, EISENBERG & FRAENKEL, LTD.

By: */s/Thomas J. Finn*
Thomas J. Finn

JEFFREY S. PAVLOVICH
THOMAS J. FINN
LEAHY, EISENBERG & FRAENKEL, LTD.
20 W. Cass Street, 2nd Floor
Joliet, Illinois 60432
Ph.:   815-723-6514
Fax:   815-723-7466
Email: jsp@lefltd.com
Attorney No.: 6205413
\\LEFPL19\PROLAWFILES\DOCUMENTS\GRANGE INSURANCE - JSP\20355\PLEADINGS\894700.DOCX