IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

CURT A. KRUCKEBERG and )
CAROLYN KRUCKEBERG, )
                                            )
                    Plaintiffs,       )
                                            )
v.                                         )        Cause No.:      3:21cv-1105-DWD
                                            )
CRESS BROOK VENTURES, LLC     )
and GUY M. LANG,                     )
                                            )
                    Defendants.      )

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by

them, to the Dismissal With Prejudice of this action, with each party to bear its own attorney's fees

and costs.

No other claims remain pending, and this matter is concluded.

**THE SIMON LAW FIRM, P.C.**                    **LEAHY, EISENBERG & FRAENKEL, LTD.**

By:  */s/ Erica B. Slater*                              By:  */s/ Thomas J. Finn*
John G. Simon, #6195127                          Thomas J. Finn, # 6189092
Erica B. Slater, #6307675                          Jeffrey S. Pavlovich, #6205413
800 Market Street, Suite 1700                    Scott E. Encher, #6271189
St. Louis, MO 63101                                  20 West Cass Street, Second Floor
P: (314) 241-2929                                     Joliet, IL 60432
F: (314) 241-2029                                     P: (815)723-6514
E: jsimon@simonlawpc.com                      F: (815) 723-7466
    eslater@simonlawpc.com                      E: tjf@lefltd.com
                                                             jsp@lefltd.com
                                                             see@lefltd.com
*Attorneys for Plaintiffs*

                                                           *Attorneys for Defendants*